■ DONALD W. DELAHANTY, Respondent, v WILLIAM C. ANDERSON, Individually and Doing Business as a Partner of Pickard and Anderson, et al., Appellants. (Appeal No. 3.)— Order unanimously affirmed without costs. Same memorandum as in *Delahanty v Anderson* ([appeal No. 2] 161 AD2d 1164 [decided herewith]). (Appeal from order of Supreme Court, Cayuga County, Contiguglia, J.—modify arbitration award.) Present—Dillon, P. J., Callahan, Denman, Balio and Lowery, JJ.

■ BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF BUFFALO et al., Respondents, v TARA L. BURR et al., Appellants.—Order unanimously affirmed without costs for reasons stated at Supreme Court, Erie County, Ostrowski, J. (Appeal from order of Supreme Court, Erie County, Ostrowski, J.—dismiss counterclaim.) Present—Dillon, P. J., Callahan, Denman, Balio and Lowery, JJ.

■ MARC MERINO, Appellant, v SABRELAND, INC., Respondent.—Judgment unanimously affirmed without costs (*see, Matter of Kochovos*, 140 AD2d 180, 181-182; *Martin v County of Monroe*, 115 AD2d 990, 991). (Appeal from judgment of Supreme Court, Niagara County, Fallon, J.—negligence.) Present—Dillon, P. J., Callahan, Denman, Balio and Lowery, JJ.